UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 14 CR 539 |
| v. ) | |
| ) | Judge Andrea R. Wood |
| TEODOCIO CARO ) | |

## JOINT STATUS REPORT

The UNITED STATES OF AMERICA, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and defendant TEODOCIO CARO, by his attorney, ROBERT LOUIS RASCIA, hereby submit the following Joint Status Report, pursuant to the Court's Order dated June 1, 2020 (Dkt. 869).

Defendants Teodocio Caro and Anthony Leiva are the only defendants in this matter who have appeared and have pending matters before the Court. The government and Mr. Leiva filed a separate Joint Status Report regarding Mr. Leiva's case (Dkt. 870). The following summarizes the status of Mr. Caro's case:

(1) Mr. Caro has entered a guilty plea and the parties are preparing for a sentencing hearing currently set for July 8, 2020.

(2) No status hearing is needed at this time.

(3) Protective measures implemented to prevent the spread of the COVID-19 coronavirus have hindered defense counsel's ability to meet with Mr. Caro at the Chicago MCC and thereby prepare for the July 8 sentencing hearing. Defense counsel has had only telephone contact with Mr. Caro, and Mr. Caro

has requested an in person conference with his attorney prior to his sentencing. Accordingly, Mr. Caro requests, without objection, that the Court continue the sentencing hearing to a date on or after August 3, 2020.

(4)    This case will not be proceeding to trial.

(5)    Both parties will be prepared for a sentencing hearing on or after August 3, 2020.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:    */s/ Peter M. Flanagan*
PETER M. FLANAGAN
Assistant United States Attorneys
United States Attorney's Office
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300