**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. 14 CR 539-26** |
| | ) | |
| **OSCAR ACOSTA,** | ) | |
| | ) | **Judge Andrea R. Wood** |
| **Defendant.** | ) | |

## MOTION TO WITHDRAW AS ATTORNEY
## FOR THE DEFENDANT OSCAR ACOSTA

`

      **NOW COMES** the Defendant, **ROBERT LOUIS RASCIA,** and respectfully moves this Honorable Court to enter an order granting him leave to withdraw as the attorney for the defendant.

      In support thereof the defendant states as follows:

1.    Counsel, Robert Louis Rascia, filed his appearance as retained counsel for the defendant on March 11, 2015.

2.    The defendant entered a plea of guilty to Count I of the Superseding Indictment pursuant to a written plea agreement on August 7, 2015.

3.    On August 11, 2015, counsel moved the Court to reconsider the prior detention order, requesting that the defendant be released from custody pending sentencing, on a secured bond with conditions. The Court granted the defendant's request for release pending sentencing.

4.    On November 8, 2015 a bench warrant was issued for the defendant's arrest.

5.    On March 23, 2016, an order declaring the forfeiture of the bond was entered.

LAW OFFICES OF
ROBERT LOUIS RASCIA, LTD
650 NORTH DEARBORN
SUITE 700
CHICAGO, IL 60654
(312) 994-9100

rrascia@rasciadefense.com
liamkelly@rasciadefense.com

6.      On or about September 10, 2020, the defendant was arrested in Phoenix, Arizona, and later returned to this District to stand for sentencing.

7.      Since the defendant's return to this District counsel has had multiple interpreter-assisted in person jail visits with the defendant, and multiple interpreter-assisted telephone conferences with the defendant to prepare for sentencing.

8.      Irreconcilable differences have arised in the more recent conversations with the defendant, to a point where counsel does not believe he can continue to effectively represent the defendant at a sentencing hearing.

9.      On June 28, 2021, counsel advised the defendant of his intentions to request leave to withdraw from this matter. Additionally, a copy of this motion was delivered to the Metropolitan Correctional Center, addressed to the defendant.

WHEREFORE, counsel seeks leave to withdraw as the attorney for the defendant in this matter.

Respectfully Submitted,

s/Robert L. Rascia/June 29, 2021
ROBERT L. RASCIA, ARDC No. 6184470
Attorney for the Defendant

The Law Offices of
Robert Louis Rascia, Ltd
650 N. Dearborn/Suite 700
Chicago, Illinois 60654
312-994-9100 Office
312-994-9105 Fax
rrascia@rasciadefense.com; Email

LAW OFFICES OF
ROBERT LOUIS RASCIA, LTD
650 NORTH DEARBORN
SUITE 700
CHICAGO, IL 60654
(312) 994-9100

rrascia@rasciadefense.com
liamkelly@rasciadefense.com